NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JUAN FRANCISCO VEGA,                          )
                                              )
              Appellant,                      )
                                              )
v.                                            )        Case No. 2D18-2487
                                              )
STATE OF FLORIDA,                             )
                                              )
              Appellee.                       )
                                              )
_____)

Opinion filed February 15, 2019.

Appeal from the Circuit Court for DeSoto
County; Don T. Hall, Judge.

Juan Francisco Vega, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Blain A. Goff, Assistant
Attorney General, Tampa, for Appellee.


PER CURIAM.


              Affirmed.


KELLY, VILLANTI, and BLACK, JJ., Concur.